# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN  DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **ERIN TWISS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:21-CV-857** |
| | § | |
| **MARKIT NORTH AMERICA, INC.,** | § | |
| **d/b/a HIS MARKIT** | § | |
| | § | |
| | § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Come now Plaintiff, Erin Twiss, and Defendant Markit North America, Inc., and stipulate

the dismissal of all claims against all parties with prejudice, with costs of suit and attorney's fees

taxed to the party incurring same.

Respectfully submitted,

*/s/ John H. Crouch, IV*

_____
Eric N. Roberson
Texas State Bar No. 08158100
ENR@kilgorelaw.com

John H. Crouch
Texas State Bar No. 00783906
JHC@kilgorelaw.com

Kilgore & Kilgore, PLLC
3109 Carlisle Street
Dallas, Texas 75204
(214) 379-0817
(214) 379-0840 (telecopy)

**COUNSEL FOR PLAINTIFF**
**ERIN TWISS**

**And**

/s/ *David A. Scott*
Michael J. DePonte
State Bar Number 24001392
Michael.DePonte@jacksonlewis.com

David A. Scott
State Bar Number 17894515
David.Scott@jacksonlewis.com

Jackson Lewis P.C.
500 N. Akard St., Suite 2500
Dallas, Texas  75201
Phone: (214) 520-2400
Facsimile: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**